**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Larry Donell DAWSON, Defendant–
Appellant.**

**No. 08–6986.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 11, 2008.

Larry Donell Dawson, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Donell Dawson appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dawson,* No. 8:99–cr–00783–GRA–1 (D.S.C. June 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*